1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

DAYLE M TAMURA ) Chapter 13
) Case No.: 8:06-bk-10620-TA
) **NOTICE OF UNCLAIMED DIVIDEND**
) (Bankruptcy Rule 3011)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300800** in the sum of **$58.17** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

JACKSON FAMILY REVOCABLE TRUST
C/O TOM JACKSON
7105 GOBERNADOR CANYON
CARPINTERIA, CA 30156

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0610620 | DAYLE M TAMURA<br>ACCT: 95004585 | Claim: 00006 | XXX-XX-0582 | 58.17 | 58.17 | 0.00 |
| | | | TOTALS | 58.17 | 58.17 | 0.00 |

DAYLE M TAMURA

BALANCE:        0.00    [0.00 23/00006]
SSN: XXX-XX-0582    SSN:
ACCT: 95004585            CASE: 0610620
PRINCIPAL:     0.00    INTEREST:    58.17

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300800

Jul 23, 2010

VOID 90 DAYS FROM DATE

********$58.17

**PAY** Fifty Eight And 17 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300800⑈ ⑆061100790⑆ 000000575186 2⑈